IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUSANNA CHALABY ALSHAHBANDAR, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:26-cv-01232-B-BT |
| UNNAMED DEFENDANTS, | § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge dated April 30, 2026 (ECF No. 5). Objections were filed. *See* ECF No. 6. The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. The Court reviewed the remaining portions of the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 26th day of May, 2026.

_____
JANE J. BOYLE
SENIOR DISTRICT JUDGE